v.

The STATE of Texas, Appellee.

No. 27251.

Court of Criminal Appeals of Texas.

Dec. 15, 1954.

Jimmie THOMAS, Appellant,

v.

The STATE of Texas, Appellee.

No. 27262.

Court of Criminal Appeals of Texas.

Dec. 15, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

Appellant was convicted of the unlawful sale of whisky in a dry area on two counts charging two separate offenses, with punishment assessed at a fine of $100 and sixty days in jail on each count.

The record is before us without a statement of facts or bills of exception. Nothing is presented for consideration.

The judgment is affirmed.